STATE OF NORTH CAROLINA v. EDWARD NATHANIEL WILSON

No. 7118SC473

(Filed 14 July 1971)

APPEAL by defendant from *Johnston, J.,* 8 March 1971 Session of Superior Court held in GUILFORD County.

Defendant tendered a plea of guilty to attempted burglary. The guilty plea was accepted after determination by the court that it was freely, understandingly and voluntarily made. From judgment imposing an active prison sentence, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General Eugene Hafer for the State.*

*Eighteenth District Assistant Public Defender Robert D. Douglas III for defendant appellant.*

VAUGHN, Judge.

Defendant's court-appointed counsel has filed a brief in which he states that he is unable to find error in the proceedings. We have reviewed the record proper and find no error.

Affirmed.

Chief Judge MALLARD and Judge BROCK concur.